**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2192**

_____

WEST VIRGINIA CWP FUND, as carrier for Premium Energy,
Inc.,

        Petitioner,

        v.

HERMAN PECK; DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

        Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(11-0698-BLA)

_____

Submitted: May 31, 2013         Decided: June 19, 2013

_____

Before NIEMEYER, DAVIS, and WYNN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Ashley M. Harman, Jeffrey R. Soukup, JACKSON KELLY PLLC,
Morgantown, West Virginia, for Petitioner. Joseph E. Wolfe,
Ryan C. Gilligan, WOLFE, WILLIAMS, RUTHERFORD & REYNOLDS,
Norton, Virginia; M. Patricia Smith, Solicitor of Labor, Rae
Ellen James, Associate Solicitor, Gary K. Stearman, Counsel for
Appellate Litigation, Jonathan P. Rolfe, UNITED STATES
DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

West Virginia Coal Workers' Pneumoconiosis Fund seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2006). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. Peck v. Premium Energy, Inc., No. 11-0698-BLA (B.R.B. July 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2